**Order filed April 9, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00002-CR

_____

### EX PARTE DENNIS JOE PHARRIS, Appellant

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1369073**

## ORDER

This is an appeal of the trial court's ruling denying appellant habeas corpus relief. On January 4, 2013, a reporter's record of a hearing held December 11, 2012 was filed in this cause. At the hearing the trial court took judicial notice of "the bond hearing that was held before this court on July 5, 2012." Appellant refers to this hearing in his application for writ of habeas corpus. A reporter's record from the hearing on July 5, 2012 has not been filed with this court. Accordingly, we issue the following order:

We order Toni Goubeaud, the official court reporter, to file the record of the July 5, 2012 hearing in this appeal **within 20 days** of the date of this order. Cost of the reporter's record to be paid by appellant.

PER CURIAM